UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SARITA A. DIXON, ET AL. | CIVIL ACTION |
| VERSUS | |
| LIBERTY MUTUAL INSURANCE COMPANY, ET AL. | NO. 23-00313-BAJ-RLB |

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned matter be and is hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 19th day of November, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**